NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1343


PAMELA JANE WILLIAMS MISHLOVE

VERSUS

LAWRENCE ALAN MISHLOVE


************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 2003-5777,
HONORABLE DAVID A. BLANCHET, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of John D. Saunders, Marc T. Amy, and Michael G. Sullivan, Judges.


AFFIRMED.


Diane Sorola
Attorney at Law
402 West Convent Street
Lafayette, Louisiana 70501
(337) 234-2355
Counsel for Defendant/Appellant:
    Lawrence Alan Mishlove

**Scott M. Hawkins**
**Chris P. Villemarette**
**Hawkins & Villemarette**
**102 Asma Blvd., Saloom III, Suite 110**
**Lafayette, Louisiana   70508**
**(337) 233-8005**
**Counsel for Plaintiff/Appellee:**
        **Pamela Jane Williams Mishlove**